**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARRIE TEAGER, ) <br> FORREST JOHNSON, and ) <br> RACHEL JOHNSON individually ) <br> and as next friend of Forrest Johnson ) <br> ) <br> Plaintiffs, ) <br> ) 11 CV 766 <br> ) <br> ) Judge Amy St. Eve <br> vs. ) <br> ) Magistrate Judge Morton Denlow <br> MIRAMED REVENUE GROUP, LLC, ) <br> ) <br> Defendant. ) | |

**<u>NOTICE OF SETTLEMENT</u>**

  Plaintiffs, Carrie Teager, Forrest Johnson and Rachel Johnson, individually and as next friend of Forrest Johnson, through their attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby inform this Court that the parties have reached a settlement which will resolve this entire matter. Plaintiffs hereby request that this Court strike all pending dates. The case is currently set for status on October 6, 2011 at 8:30am. Plaintiffs expect to complete the settlement and file a Stipulation to Dismiss within the next 30 days.

                        Respectfully submitted,

1

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Cassandra P. Miller, hereby certify that on October 5, 2011, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and sent via US mail to the following:

Renee L. Zipprich
Amy R Jonker
Dykema Gossett, PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL  60606

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

2