**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Carrie Teager, et al.
                                  Plaintiff,

v.                                                                 Case No.: 1:11−cv−00766
                                                                           Honorable Amy J. St. Eve

Miramed Revenue Group, LLC
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 27, 2011:

       MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 10/27/2011. In light of settlement, this case is hereby dismissed without prejudice with leave to reinstate by 11/29/11. After 11/29/11, said dismissal will be with prejudice. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.